In the Matter of THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

(Argued March 13, 1934; decided April 17, 1934.)

*Howard R. Sturtevant* for appellant.

*Charles G. Blakeslee* and *Sherman C. Ward* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: KELLOGG, J.